# EXHIBIT C

**Parties to Litigation Pending in the United States**

| Litigation Counterparty | Debtor | Counterparty Address |
|---|---|---|
| NexUS 1, LLC | Nexii Building Solutions Inc. | 101 Carleton Avenue<br>Hazleton, PA 18201<br><br>c/o Silverang Rosenzweig & Haltzman<br>Attn: Mark S. Haltzman and William Carl Katz<br>900 E. 8th Avenue, Suite 300<br>King of Prussia, PA 19406<br>mhaltzman@sanddlawyers.com<br>wkatz@sanddlawyers.com<br><br>c/o Sullivan Hazeltine Allinson LLC<br>Attn: William D. Sullivan<br>919 N. Market Street, Suite 420<br>Wilmington, DE 19801<br>bsullivan@sha-llc.com |
| Nex-Stock, LLC | Nexii Building Solutions Inc. | c/o Silverang Rosenzweig & Haltzman<br>Attn: Mark S. Haltzman and William Carl Katz<br>900 E. 8th Avenue, Suite 300<br>King of Prussia, PA 19406<br>mhaltzman@sanddlawyers.com<br>wkatz@sanddlawyers.com |
| NexUS Manager, LLC | Nexii Building Solutions Inc. | c/o Silverang Rosenzweig & Haltzman<br>Attn: Mark S. Haltzman and William Carl Katz<br>900 E. 8th Avenue, Suite 300<br>King of Prussia, PA 19406<br>mhaltzman@sanddlawyers.com<br>wkatz@sanddlawyers.com<br><br>c/o Sullivan Hazeltine Allinson LLC<br>Attn: William D. Sullivan<br>919 N. Market Street, Suite 420<br>Wilmington, DE 19801<br>bsullivan@sha-llc.com |
| John Wolfington | Nexii Building Solutions Inc. | c/o Silverang Rosenzweig & Haltzman |

| | | |
|---|---|---|
| | | Attn: Mark S. Haltzman and William Carl Katz<br>900 E. 8th Avenue, Suite 300<br>King of Prussia, PA 19406<br>mhaltzman@sanddlawyers.com<br>wkatz@sanddlawyers.com<br><br>c/o Sullivan Hazeltine Allinson LLC<br>Attn: William D. Sullivan<br>919 N. Market Street, Suite 420<br>Wilmington, DE 19801<br>bsullivan@sha-llc.com |
| Daniel Metzler | Nexii Building Solutions Inc. | c/o Silverang Rosenzweig & Haltzman<br>Attn: Mark S. Haltzman and William Carl Katz<br>900 E. 8th Avenue, Suite 300<br>King of Prussia, PA 19406<br>mhaltzman@sanddlawyers.com<br>wkatz@sanddlawyers.com<br><br>c/o Sullivan Hazeltine Allinson LLC<br>Attn: William D. Sullivan<br>919 N. Market Street, Suite 420<br>Wilmington, DE 19801<br>bsullivan@sha-llc.com |