## **EXHIBIT B**

**Board of Directors' Resolutions**

**RESOLUTIONS OF THE BOARD OF DIRECTORS**

**OF**

**NBS IP INC.**

(the **"Corporation"**)

The undersigned, being all of the directors of the Corporation, acting by written resolution in lieu of a meeting pursuant to the provisions of the British Columbia *Business Corporations Act* (the "**Act**") hereby adopt the following resolutions:

**WHEREAS,** the Corporation is having financial difficulties and is no longer able to meet its obligations as they generally fall due.

**AND WHEREAS**, all of the directors of the Corporation deem it to be in the best interests of the Corporation to initiate proceedings to restructure its business and affairs under the *Companies' Creditors Arrangement Act, R.S.C. 1985, c C-36* ("**CCAA**").

**AND WHEREAS**, all of the directors of the Corporation deem it to be in the best interests of the Corporation to obtain interim financing under the provisions of the CCAA (the "**Interim Financing**").

**AND WHEREAS**, as security for the obligations of the Corporation in respect of the Interim Financing, the Corporation intends to mortgage, charge, assign, and otherwise transfer and encumber and grant a security interest in all of the Corporation's present and future assets, property and undertaking now or hereafter acquired (the "**Property**")

**NOW THEREFORE:**

**RESOLVED**, that the Corporation be, and it hereby is, authorized and directed to (i) initiate proceedings to seek protection from its creditors under the CCAA (the "**Restructuring Proceeding**"), (ii) seek to have the Restructuring Proceeding and all court orders made therein recognized in the United Status under Chapter 15, Title 11 of the United States Bankruptcy Code; (iii) take such actions, steps and proceedings as may be necessary or desirable to effect a restructuring of its business and affairs under the CCAA, including, without limitation, the seeking of an initial order under the CCAA and effecting an orderly sale of some or all of its assets or business; and (iv) retain and instruct Fasken Martineau DuMoulin LLP as legal counsel to the Corporation in relation to the Restructuring Proceeding, KSV Restructuring Inc. to act as monitor of the Corporation in the Restructuring Proceeding, and such other legal and other professionals as are necessary to or desirable to give effect to these resolutions.

**RESOLVED**, that the Corporation be, and it hereby is, authorized and directed to obtain Interim Financing from a lender and on terms acceptable to the Corporation.

**RESOLVED**, that the Corporation be, and it hereby is, authorized to secure the repayment of the Interim Financing by mortgaging, charging, assigning and otherwise granting a security interest in the Property in favour the lender advancing the Interim Financing (the "**Security**").

**RESOLVED**, that the Corporation be, and it hereby is, authorized and directed to execute and deliver such documents, affidavits, agreements, certificates, waivers, consents, postponements or instruments as may be contemplated by, or required to give effect to the Restructuring Proceeding and the Interim Financing (collectively, the "**Documents**").

**RESOLVED**, that William Tucker (the "**Authorized Officer**") is hereby authorized and empowered to execute and deliver the Documents, including all exhibits and schedules attached thereto, in the name and on behalf of the Corporation with such additions, deletions or changes therein as the Authorized Officer executing the same shall approve (the execution and delivery thereof by any such Authorized Officer to be conclusive evidence of his or her approval of any such additions, deletions or changes).

**RESOLVED**, the Authorized Officer is hereby authorized and empowered to take all such further action and to execute and deliver all such further documents, agreements, certificates, waivers, consents, postponements or instruments, amendments, additions or deletions, in the name and on behalf of the Corporation (under its corporate seal or otherwise) as they shall deem necessary, desirable or appropriate to consummate, effectuate, implement, carry out or further the transactions contemplated by the foregoing resolutions.

**THE UNDERSIGNED**, being all the directors of the Corporation entitled to vote at a meeting, hereby pass these resolutions pursuant to the provisions of the Act. These resolutions may be signed in as many counterparts as may be necessary, each of which shall be deemed an original (including those transmitted electronically or by facsimile) and all of which shall be deemed one instrument.

Dated the _10_ day of January, 2024

WILLIAM TUCKER

320821.00009/303897213.1