**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 15 |
| NEXII BUILDING SOLUTIONS INC., et al.,[1] | Case No. 24-10026 (JKS) |
| Debtors in a Foreign Proceeding. | (Joint Administration Requested) |

**NOTICE OF AGENDA FOR HEARING SCHEDULED FOR JANUARY 16, 2024 AT 3:30 PM. (PREVAILING EASTERN TIME), BEFORE THE HONORABLE JUDGE J. KATE STICKLES BANKRUPTCY JUDGE, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

> This proceeding will be conducted remotely **via Zoom**.
> Please refer to Judge Stickles' Chambers Procedures (https://www.deb.uscourts.gov/content/judge-j-kate-stickles) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on the method of allowed participation (video or audio), Judge Stickles' expectations of remote participants, and the advance registration requirements.
>
> The deadline to register for remote attendance at **first-day** or emergency hearings is one-hour prior to the hearing (Prevailing Eastern Time) unless otherwise noticed. using the *eCourtAppearances* tool available on the Court's website.

**This agenda sets forth items in the order they appear in the first day motion binders delivered to the Court. The status of each is set forth below.**

1. Petition Packages:

    a) Nexii Holdings Inc.  [Case No. 24 – 10025] (Docket No. 1)
    b) Nexii Building Solutions Inc. [Case No. 24 – 10026] (Docket No. 1)
    c. Nexii Construction Inc. [Case No. 24 – 10027] (Docket No. 1)
    d. NBS IP Inc. [Case No. 24 – 10028] (Docket No. 1)

---

[1] The Debtors in these chapter 15 cases (the "Chapter 15 Cases"), along with the last four digits of each Debtor's unique identifier, are Nexii Building Solutions Inc. (0911), Nexii Construction Inc. (1333), NBS IP Inc. (9930), and Nexii Holdings Inc. (5873).  The Debtors' service address for purposes of these Chapter 15 Cases is 1455 West Georgia Street, #200, Vancouver, British Columbia V6G 2T3.

2. Declaration of Foreign Representative Pursuant to 11 U.S.C § 1515 and Rule 1007(a)(4) of the Federal Rules of Bankruptcy Procedure and in Support of Verified Petition for (I) Recognition of Foreign Main Proceedings, (II) Recognition of Foreign Main Proceedings, (II) Recognition of Foreign Representative, and (III) Related Relief under Chapter 15 of the Bankruptcy Code [Filed:1/12/24] ([Docket No. 7](#)).

    **Status:** The Declaration will be relied upon as evidentiary support for the first day matters listed below.

3. Declaration of Kibben Jackson in Support of Verified Petition for (I) Recognition of Foreign Main Proceedings, (II) Recognition of Foreign Representative, and (III) Related Relief under Chapter 15 of the Bankruptcy Code [Filed:1/12/24] ([Docket No. 8](#)).

    **Status:** The Declaration will be relied upon as evidentiary support for the first day matters listed below.

**First Day Administrative and Procedural Motions**

4. Motion for Order (I) Directing Joint Administration of Cases and (II) Authorizing Foreign Representative to File Consolidated Lists of Information Required by Bankruptcy Rule 1007 (a)(4) [Filed: 1/12/24] ([Docket No. 2](#)).

    **Status:** This matter is going forward.

5. Verified Petition for (I) Recognition of Foreign Main Proceedings, (II) Recognition of Foreign Main Proceedings, (II) Recognition of Foreign Representative, and (III) Related Relief under Chapter 15 of the Bankruptcy Code [Nexii Building Solutions Inc.] [Filed: 1/12/24] ([Docket No. 3](#)).

    **Status:** A recognition hearing will be scheduled for a later date as determined by the Court.

6. Verified Petition for (I) Recognition of Foreign Main Proceedings, (II) Recognition of Foreign Main Proceedings, (II) Recognition of Foreign Representative, and (III) Related Relief under Chapter 15 of the Bankruptcy Code [Nexii Holdings Inc.] [Filed: 1/12/24] ([Docket No. 4](#)).

    **Status:** A recognition hearing will be scheduled for a later date as determined by the Court.

7. Verified Petition for (I) Recognition of Foreign Main Proceedings, (II) Recognition of Foreign Main Proceedings, (II) Recognition of Foreign Representative, and (III) Related Relief under Chapter 15 of the Bankruptcy Code [Nexii Construction Inc.] [Filed: 1/12/24] ([Docket No. 5](#)).

    **Status:** A recognition hearing will be scheduled for a later date as determined by the Court.

8. Verified Petition for (I) Recognition of Foreign Main Proceedings, (II) Recognition of Foreign Main Proceedings, (II) Recognition of Foreign Representative, and (III) Related Relief under Chapter 15 of the Bankruptcy Code [NBS IP] [Filed: 1/12/24] (Docket No. 6).

   **Status:** A recognition hearing will be scheduled for a later date as determined by the Court.

9. Motion for Provisional Relief Pursuant to Section 1519 of the Bankruptcy Code. [Filed: 1/12/24] (Docket No. 9).

   **Status:** This matter is going forward.

10. Motion for Order Scheduling Recognition Hearing and Specifying Form and Manner of Service of Notice [Filed: 1/12/24] (Docket No. 10).

    **Status:** This matter is going forward.

*[Remained of Page Intentionally Left Blank]*

| | |
|---|---|
| Dated: January 12, 2024 | **PACHULSKI STANG ZIEHL & JONES LLP**<br><br>*/s/ Steven W. Golden*<br>Steven W. Golden (DE Bar No. 6807)<br>Colin R. Robinson (DE Bar No. 5524)<br>Brooke E. Wilson (*pro hac vice* pending)<br>919 North Market Street, 17th Floor<br>Wilmington, Delaware 19899-8705<br>Tel: 302-652-4100<br>Fax: 302-652-4400<br>sgolden@pszjlaw.com<br>crobinson@pszjlaw.com<br>bwilson@pszjlaw.com<br><br>-and-<br><br>**BARACK FERRAZZANO KIRSCHBAUM & NAGELBERG LLP**<br><br>Nathan Q. Rugg (*pro hac vice* pending)<br>Alexander F. Berk (*pro hac vice* pending)<br>John Andreasen (*pro hac vice* pending)<br>200 West Madison Street, Suite 3900<br>Chicago, IL 60606<br>Tel.: (312) 984-3100<br>Fax: (312) 984-3150<br>nathan.rugg@bfkn.com<br>alexander.berk@bfkn.com<br>john.andreasen@bfkn.com<br><br>*Attorneys for Foreign Representative* |