# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 15 |
| NEXII BUILDING SOLUTIONS INC., et al.,[1] | Case No. 24-10026 (JKS) |
| Debtors in a Foreign Proceeding. | (Joint Administration Requested) |

**Virtual Hearing Date: January 16, 2024, at 3:30 p.m. (ET)**

## NOTICE OF VIRTUAL[2] HEARING ON FIRST DAY MOTIONS

**PLEASE TAKE NOTICE** that on January 11, 2024 (the "Petition Date"), Nexii Building Solutions Inc., in its capacity as the authorized foreign representative (the "Foreign Representative") of the above-captioned debtors (collectively, the "Debtors"), filed voluntary petitions for relief under chapter 15 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), for each of the Debtors with the Clerk of the United States Bankruptcy Court for the District of Delaware.

**PLEASE TAKE FURTHER NOTICE** that, together with their chapter 15 petitions, the Debtors also filed the following motions set forth below (collectively, the "First Day Motions"). A virtual hearing to consider the First Day Motions (the "First Day Hearing") will be held on **January 16, 2024, at 3:30 p.m. (Eastern time)**, before the Honorable J. Kate Stickles at the United States Bankruptcy Court for the District of Delaware (the "Court"), located at 824 North Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware 19801.

---

[1] The Debtors in these chapter 15 cases (the "Chapter 15 Cases"), along with the last four digits of each Debtor's unique identifier, are Nexii Building Solutions Inc. (0911), Nexii Construction Inc. (1333), NBS IP Inc. (9930), and Nexii Holdings Inc. (5873). The Debtors' service address for purposes of these Chapter 15 Cases is 1455 West Georgia Street, #200, Vancouver, British Columbia V6G 2T3.

[2] Any party who wishes to participate is required to register using eCourt-Appearance tool through https://ecf.deb.uscourts.gov/cgi-bin/nysbAppearances.pl. Please refer to Judge Stickles' Chambers Procedures (https://www.deb.uscourts.gov/content/judge-j-kate-stickles) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for more information.

**First Day Motions**

1. Motion for Order (I) Directing Joint Administration of Cases Under Chapter 15 of the Bankruptcy Code and (II) Authorizing Foreign Representative to File Consolidated Lists of Information Required by Bankruptcy Rule 1007(A)(4) [Filed: 1/11/24] ([Docket No. 2](#)).

2. Motion for Provisional Relief Pursuant to Section 1519 of the Bankruptcy Code [Filed: 1/11/24] ([Docket No. 9](#)).

3. Motion for Order Scheduling Recognition Hearing and Specifying Form and Manner of Service of Notice [Filed: 1/11/24] ([Docket No. 10](#)).

**PLEASE TAKE FURTHER NOTICE** that copies of the First Day Motions which have already been served on the Core Notice Parties (as defined in the Motion for Order Scheduling Recognition Hearing and Specifying Form and Manner of Service of Notice), can be obtained for a fee through the Court's website at [www.deb.uscourts.gov](http://www.deb.uscourts.gov), referencing Case No. 24-10026 (JKS).

**PLEASE TAKE FURTHER NOTICE** that any and all objections to the First Day Motions may be made at the First Day Hearing.

[*Remainder of Page Left Intentionally Blank.*]

| | |
|---|---|
| Dated:  January 12, 2024 | **PACHULSKI STANG ZIEHL & JONES LLP** |
| | |
| | */s/ Steven W. Golden* |
| | Steven W. Golden (DE Bar No. 6807) |
| | Colin R. Robinson (DE Bar No. 5524) |
| | Brooke E. Wilson (*pro hac vice* pending) |
| | 919 North Market Street, 17th Floor |
| | Wilmington, Delaware 19899-8705 |
| | Tel:  302-652-4100 |
| | Fax: 302-652-4400 |
| | sgolden@pszjlaw.com |
| | crobinson@pszjlaw.com |
| | bwilson@pszjlaw.com |
| | |
| | -and- |
| | |
| | **BARACK FERRAZZANO KIRSCHBAUM & NAGELBERG LLP** |
| | |
| | Nathan Q. Rugg (*pro hac vice* pending) |
| | Alexander F. Berk (*pro hac vice* pending) |
| | John Andreasen (*pro hac vice* pending) |
| | 200 West Madison Street, Suite 3900 |
| | Chicago, IL 60606 |
| | Tel.: (312) 984-3100 |
| | Fax: (312) 984-3150 |
| | nathan.rugg@bfkn.com |
| | alexander.berk@bfkn.com |
| | john.andreasen@bfkn.com |
| | |
| | *Attorneys for Foreign Representative* |