# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 15 |
| Nexii Building Solutions, Inc., *et al.*,[1] | Case No. 24-10026 (JKS) |
| Debtors in a Foreign Proceeding. | |

## CERTIFICATE OF SERVICE

I, Colin R. Robinson, hereby certify that on the 16th day of January 2024, I caused a copy of the following documents to be served upon the attached service list in the manner indicated:

**NOTICE OF AGENDA FOR HEARING SCHEDULED FOR JANURY 16, 2024 AT 3:30 P.M. (PREVAILING EASTERN TIME), BEFORE THE HONORABLE JUDGE J. KATE STICKLES BANKRUPTCY JUDGE, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE [DKT. NO. 12]; AND**

**NOTICE OF VIRTUAL HEARING OF FIRST DAY MOTIONS [DKT. NO. 14].**

*[Remainder of Page Intentionally Left Blank.]*

---

[1] The Debtors in these chapter 15 cases (the "Chapter 15 Cases"), along with the last four digits of each Debtor's unique identifier, are Nexii Building Solutions Inc. (0911), Nexii Construction Inc. (1333), NBS IP Inc. (9930), and Nexii Holdings Inc. (5873). The Debtors' service address for purposes of these Chapter 15 Cases is 1455 West Georgia Street, #200, Vancouver, British Columbia V6G 2T3.

| | |
|---|---|
| Dated: January 16, 2024 | **PACHULSKI STANG ZIEHL & JONES LLP** |
| | |
| | */s/ Colin R. Robinson* |
| | Steven W. Golden (DE Bar No. 6807) |
| | Colin R. Robinson (DE Bar No. 5524) |
| | Brooke E. Wilson (*pro hac vice* pending) |
| | 919 North Market Street, 17th Floor |
| | Wilmington, Delaware 19899-8705 |
| | Tel: 302-652-4100 |
| | Fax: 302-652-4400 |
| | sgolden@pszjlaw.com |
| | crobinson@pszjlaw.com |
| | bwilson@pszjlaw.com |
| | |
| | -and- |
| | |
| | **BARACK FERRAZZANO KIRSCHBAUM & NAGELBERG LLP** |
| | |
| | Nathan Q. Rugg (*pro hac vice* pending) |
| | Alexander F. Berk (*pro hac vice* pending) |
| | John Andreasen (*pro hac vice* pending) |
| | 200 West Madison Street, Suite 3900 |
| | Chicago, IL 60606 |
| | Tel.: (312) 984-3100 |
| | Fax: (312) 984-3150 |
| | nathan.rugg@bfkn.com |
| | alexander.berk@bfkn.com |
| | john.andreasen@bfkn.com |
| | |
| | *Attorneys for Foreign Representative* |