Nexii Building Solutions CORE Service List
Case No.
Document No. 4870-1357-1740
10 – First Class Mail
03 – Foreign First Class
23 – Electronic Mail

*(Attorneys for Foreign Representative)*
Steven W. Golden, Esq.
Colin R. Robinson, Esq.
Brooke E. Wilson, Esq.
Pachulski Stang Ziehl & Jones LLP
919 N Market Street, 17th Floor
Wilmington, DE  19899-8705
**Email:  sgolden@pszjlaw.com;
crobinson@pszjlaw.com;
bwilson@pszjlaw.com**

*FIRST CLASS MAIL*
NexUS1, LLC
700 S. Henderson Road, Suite 200
King of Prussia PA 19406

*FIRST CLASS MAIL*
ESC Partners, a Joint Venture
*c/o* Tishman Construction Company of NY
*d/b/a* Aecom Tishman
100 Park Avenue
New York  NY  10017

*FIRST CLASS MAIL*
Horizon Technology Finance Corporation
312 Farmington Avenue
Farmington  CT  06032

*FIRST CLASS MAIL*
Powerscourt Investments XXV, LP
1251 Avenue of the Americas
New York NY 10036

*FIRST CLASS MAIL*
Trinity Capital Inc.
3075 West Ray Road, Suite 525
Chandler AZ 85226

*FIRST CLASS MAIL*
Horizon Credit II LLC
312 Farmington Avenue
Farmington  CT  06032

*FIRST CLASS MAIL*
Horizon Funding I, LLC
312 Farmington Avenue
Farmington  CT  06032

*FIRST CLASS MAIL*
Powerscourt Investments XXV, LP
1251 Avenue of the Americas
New York NY 10036

*FIRST CLASS MAIL*
Verison Construction Co.
Attn: Anthony Christy
1063 US Hwy 22
Mountainside NJ 07092

*FIRST CLASS MAIL*
Wadman Corporation
2920 South 925
West Ogden, UT  84401

*FOREIGN FIRST CLASS*
*(Foreign Representative)*
Nexii Building Solutions Inc.
Attn: Kibben Jackson
Lisa Hiebert
Anthony Mersich
1455 West Georgia Street, #200
Vancouver BC V6G 2T3
CANADA

*FOREIGN FIRST CLASS*
Stephen Sidwell
#208 - 3993 Henning Dr.
Burnaby BC V5C 6P7
CANADA

*FOREIGN FIRST CLASS*
Deputy Attorney General's Office
Barbara Michael, KC
A/ Deputy Attorney General
Po Box 9290 Stn Prov Govt
Victoria BC V8W 9J7
CANADA

*ELECTRONIC MAIL*
Office of The United States Trustee
Attn: Tim Fox, Esq.
844 N. King Street
Room 2207
Wilmington DE 19801
UNITED STATES
**Email: timothy.fox@usdoj.gov**

*ELECTRONIC MAIL*
*(Attorneys for Foreign Representative)*
Nathan Q. Rugg, Esq.
Alexander F. Berk, Esq.
John Andreasen, Esq.
Barack Ferrazzano Kirschbaum & Nagelberg LLP
200 W Madison Street, Suite 3900
Chicago, IL 60606
**Email: nathan.rugg@bfkn.com;
alexander.berk@bfkn.com;
john.andreasen@bfkn.com**

*ELECTRONIC MAIL*
*(Counsel to Nexus 1, LLC, Nex-Stock, LLC and Nexus Manager, LLC)*
*(Counsel to John Wolfington and Daniel Metzler)*
c/o Silverang Rosenzweig & Haltzman
Attn: Mark S. Haltzman, Esq.
William Carl Katz, Esq.
900 E. 8th Avenue, Suite 300
King Of Prussia PA 19406
**Email: mhaltzman@sanddlawyers.com
wkatz@sanddlawyers.com**

*ELECTRONIC MAIL*
*(Counsel to Nexus 1, LLC and Nexus Manager, LLC)*
*(Counsel to John Wolfington and Daniel Metzler)*
c/o Sullivan Hazeltine Allinson LLC
Attn: William D. Sullivan, Esq.
919 N. Market Street, Suite 420
Wilmington DE 19801
**Email: bsullivan@sha-llc.com**

*ELECTRONIC MAIL*
KSV Restructuring Inc
Attn: Noah Goldstein, Esq.
Ross Graham, Esq.
Ben Luder, Esq.
220 Bay Street, #1300
Toronto ON M5J 2W4
CANADA
**Email: ngoldstein@ksvadvisory.com
rgraham@ksvadvisory.com
bluder@ksvadvisory.com**

*ELECTRONIC MAIL*
Bennett Jones LLP
Attn: Sean Zweig, Esq.
David Gruber, Esq.
Michael Shakra, Esq.
3400 One First Canadian Place
PO Box 130
Toronto ON M5X 1A4
CANADA
**Email: zweigs@bennettjones.com
gruberd@bennettjones.com
shakram@bennettjones.com**

*ELECTRONIC MAIL*
Aird & Berlis LLP
Attn: Kyle Plunkett, Esq.
Matilda Lici, Esq.
181 Bay Street, #1800
Toronto ON M5J 2T9
CANADA
**Email: kplunkett@airdberlis.com
mlici@airdberlis.com**

***ELECTRONIC MAIL***
Fasken Martineau Dumoulin LLP
Attn: Kibben Jackson
Lisa Hiebert
Anthony Mersich
550 Burrard Street, #2900
Vancouver  BC  V6C 0A6
CANADA
**Email: kjackson@fasken.com;**
**lhiebert@fasken.com;**
**amersich@fasken.com**

***ELECTRONIC MAIL***
CVP - Cincinnati DB, LLC
c/o Cole Valley Partners
Attn: Braden Bernards
2188 Park Place, Suite 100
Portland, OR  97205
**Email: braden.bernards@cvpre.com**

***ELECTRONIC MAIL***
Embree Construction Group
4747 Williams Drive
Georgetown, TX  78633
**Email:  bnewnam@embreegroup.com**

**EMAIL BLOCK**

sgolden@pszjlaw.com; crobinson@pszjlaw.com; bwilson@pszjlaw.com; timothy.fox@usdoj.gov; nathan.rugg@bfkn.com; alexander.berk@bfkn.com; john.andreasen@bfkn.com; mhaltzman@sanddlawyers.com; wkatz@sanddlawyers.com; bsullivan@sha-llc.com; ngoldstein@ksvadvisory.com; rgraham@ksvadvisory.com; bluder@ksvadvisory.com; zweigs@bennettjones.com; gruberd@bennettjones.com; shakram@bennettjones.com; kplunkett@airdberlis.com; mlici@airdberlis.com; kjackson@fasken.com; lhiebert@fasken.com; amersich@fasken.com; braden.bernards@cvpre.com; bnewnam@embreegroup.com

**PACHULSKI STANG ZIEHL & JONES LLP**

919 North Market Street, 17th Floor
Wilmington, Delaware 19899-8705

TO: 60009.00001

FIRST CLASS MAIL
ESC Partners, a Joint Venture
c/o Tishman Construction Company of NY
d/b/a Aecom Tishman
100 Park Avenue
New York  NY  10017

**PACHULSKI STANG ZIEHL & JONES LLP**

919 North Market Street, 17th Floor
Wilmington, Delaware 19899-8705

TO: 60009.00001

FIRST CLASS MAIL
NexUS1, LLC
700 S. Henderson Road, Suite 200
King Of Prussia PA 19406

**PACHULSKI STANG ZIEHL & JONES LLP**

919 North Market Street, 17th Floor
Wilmington, Delaware 19899-8705

TO: 60009.00001

FIRST CLASS MAIL
Powerscourt Investments XXV, LP
1251 Avenue of the Americas
New York NY 10036

**PACHULSKI STANG ZIEHL & JONES LLP**

919 North Market Street, 17th Floor
Wilmington, Delaware 19899-8705

TO: 60009.00001

FIRST CLASS MAIL
Horizon Technology Finance Corporation
312 Farmington Avenue
Farmington  CT  06032

**PACHULSKI STANG ZIEHL & JONES LLP**

919 North Market Street, 17th Floor
Wilmington, Delaware 19899-8705

TO: 60009.00001

FIRST CLASS MAIL
Horizon Credit II LLC
312 Farmington Avenue
Farmington  CT  06032

**PACHULSKI STANG ZIEHL & JONES LLP**

919 North Market Street, 17th Floor
Wilmington, Delaware 19899-8705

TO: 60009.00001

FIRST CLASS MAIL
Trinity Capital Inc.
3075 West Ray Road, Suite 525
Chandler AZ 85226

**PACHULSKI STANG ZIEHL & JONES LLP**
919 North Market Street, 17th Floor
Wilmington, Delaware 19899-8705

*TO:*  *60009.00001*

FIRST CLASS MAIL
Powerscourt Investments XXV, LP
1251 Avenue of the Americas
New York NY 10036

**PACHULSKI STANG ZIEHL & JONES LLP**
919 North Market Street, 17th Floor
Wilmington, Delaware 19899-8705

*TO:*  *60009.00001*

FIRST CLASS MAIL
Horizon Funding I, LLC
312 Farmington Avenue
Farmington  CT  06032

**PACHULSKI STANG ZIEHL & JONES LLP**
919 North Market Street, 17th Floor
Wilmington, Delaware 19899-8705

*TO:*  *60009.00001*

FIRST CLASS MAIL
Verison Construction Co.
Attn: Anthony Christy
1063 US Hwy 22
Mountainside NJ 07092

**PACHULSKI STANG ZIEHL & JONES LLP**
919 North Market Street, 17th Floor
Wilmington, Delaware 19899-8705

*TO:*  *60009.00001*

FIRST CLASS MAIL
Wadman Corporation
2920 South 925
West Ogden, UT  84401

**PACHULSKI STANG ZIEHL & JONES LLP**
919 North Market Street, 17th Floor
Wilmington, Delaware 19899-8705

*TO:*  *60009.00001*

FOREIGN FIRST CLASS
(Foreign Representative)
Nexii Building Solutions Inc.
Attn: Kibben Jackson
Lisa Hiebert
Anthony Mersich
1455 West Georgia Street, #200
Vancouver BC V6G 2T3
CANADA

**PACHULSKI STANG ZIEHL & JONES LLP**

919 North Market Street, 17th Floor
Wilmington, Delaware 19899-8705

*TO:* *60009.00001*

FOREIGN FIRST CLASS
Stephen Sidwell
#208 - 3993 Henning Dr.
Burnaby BC V5C 6P7
CANADA

**PACHULSKI STANG ZIEHL & JONES LLP**

919 North Market Street, 17th Floor
Wilmington, Delaware 19899-8705

*TO:* *60009.00001*

FOREIGN FIRST CLASS
Deputy Attorney General's Office
Barbara Michael, KC
A/ Deputy Attorney General
Po Box 9290 Stn Prov Govt
Victoria BC V8W 9J7
CANADA