**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: <br><br> NEXII BUILDING SOLUTIONS INC., <br><br>     Debtor in a Foreign Proceeding. | Chapter 15 <br><br> Case No. 24-10026 |
| In re: <br><br> NEXII CONSTRUCTION INC., <br><br>     Debtor in a Foreign Proceeding. | Chapter 15 <br><br> Case No. 24-10027 |
| In re: <br><br> NBS IP INC., <br><br>     Debtor in a Foreign Proceeding. | Chapter 15 <br><br> Case No. 24-10028 |
| In re: <br><br> NEXII HOLDINGS INC., <br><br>     Debtor in a Foreign Proceeding. | Chapter 15 <br><br> Case No. 24-10025 |

**<u>ORDER CLOSING CHAPTER 15 CASES</u>**

Upon consideration of the *Motion for Entry of Order (I) Recognizing and Enforcing Ancillary Order, (II) Approving the Procedure Governing Closing of Chapter 15 Cases, and (III) Granting Related Relief* [Docket No. 48] of Nexii Building Solutions, Inc., in its capacity as the authorized foreign representative (the "<u>Foreign Representative</u>" or "<u>Foreign Representative</u>") for the above-captioned foreign debtors (the "<u>Debtors</u>") in a proceeding (the "<u>CCAA Proceeding</u>") commenced under Canada's *Companies' Creditors Arrangement Act*, R.S.C. 1985, C-36, as amended, and pending before the Supreme Court of British Columbia (the "<u>Canadian Court</u>"); and upon consideration of any responses or oppositions to the Motion, and after due and sufficient

notice of and hearing on the Motion; and upon entry by this Court of the *Order (I) Recognizing and Enforcing Ancillary Order, (II) Approving the Procedure Governing Closing of Chapter 15 Cases, and (III) Granting Related Relief* [Docket No. 63] (the "Recognition Order"), granting the Foreign Representative, among other relief, the authority to submit this Order upon the filing and service of the Notice of Full Administration (in substantially the form attached to the Motion as Exhibit B) and the expiration of a thirty (30) day objection period; and the Foreign Representative having filed such Notice of Full Administration on October 18, 2024 [D.I. 69]; and the Recognition Order being a final, non-appealable order not subject to a stay; and a hearing having been held, if applicable, to consider the relief considered herein; and it appearing that such relief is in the best interests of the Debtors and other parties in interest in these Chapter 15 Cases; and the Court finding that (a) it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and (c) venue is proper in this Court and this District pursuant to 28 U.S.C. § 1410; and due and sufficient notice of the Motion, Final Report, and Recognition Order having been given; and it appearing that no other or further notice need be provided; and that the relief requested is in the best interest of the Debtors, its creditors, and other parties in interest in the Chapter 15 Case; and all creditors and other parties in interest, including the Debtors, are sufficiently protected in the grant of relief ordered hereby in compliance with section 1522(a) of the Bankruptcy Code; and after due deliberation and sufficient cause appearing therefor,

**NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

      1.    These Chapter 15 Cases have been fully administered. In accordance with sections 350(a) and 1517(d) of the Bankruptcy Code, Bankruptcy Rule 5009(c) and Local Rule 5009-2(a), the jointly administered Chapter 15 Cases styled *In re Nexii Building Solutions, Inc.*, *et*

*al.* Case No. 24-10026, are closed effective immediately as of the date of entry of this Order. The Clerk of the Court is hereby respectfully directed to close the above-captioned cases.

2. The Recognition Order, as supplemented by the Notice of Full Administration, collectively referred to in this Order as the "Final Report," satisfies the requirement of Bankruptcy Rule 5009(c) and the Motion satisfies the requirement of a written motion for decree closing the Chapter 15 Cases under Local Rule 5009-2.

3. This Order is without prejudice to the right of the Foreign Representative to seek an order reopening these Chapter 15 Cases under section 350(b) of the Bankruptcy Code or Local Rule 5009-2(a).

4. All orders entered by this Court in these Chapter 15 Cases shall continue in full force and effect and survive entry of this Order.

5. This Court shall retain jurisdiction with respect to the implementation, enforcement, amendment or modification of this Order, the Recognition Order and any other request for additional relief in or related to the Chapter 15 Cases.

Dated: December 5th, 2024  
Wilmington, Delaware

J. KATE STICKLES  
UNITED STATES BANKRUPTCY JUDGE

4859-9631-8193.2 60009.00001